UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAVIER RODRIGUEZ | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | Cause No. 3:18-cv-00088-E-BH |
| | § | |
| TARLAND, L.L.C., THOMAS MCGILL, | § | |
| and TARA RUBSAMEN, | § | |
| *Defendants* | § | |

### DEFENDANT TARA RUBSAMEN'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Tara Rubsamen ("Rubsamen"), who files her Motion for Summary Judgment and Brief in Support, seeking dismissal of Plaintiff Javier Rodriguez' claim because Rubsamen is not an Employer under the Fair Labor Standard Act ("FLSA").

SCHEEF & STONE, LLP

*/s/ T. Chase Garrett*

**T. Chase Garrett**
Texas Bar No. 24075380
Chase.garrett@solidcounsel.com
**Jonathan Strain**
Texas Bar No. 24070689
jon.strain@solidcounsel.com
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 – Telephone
(214) 472-2150 – Facsimile

and

**Bryan Haynes**
Texas Bar No. 09283520
bryan.haynes@solidcounsel.com
Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200 – Telephone
(214) 706-4242 – Facsimile

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on all parties and/or their counsel of record in accordance with Rule 5 of the Federal Rules of Civil Procedure.

/s/ *T. Chase Garrett*
**T. Chase Garrett**