IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAVIER RODRIGUEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:18-cv-0088-E |
| THOMAS MCGILL, ET AL., | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

This final judgment is entered pursuant to the Court's December 6, 2019 Memorandum Opinion and Order, in which the Court granted summary judgment for Defendant Tara Rubsamen, and its Memorandum Opinion and Order entered this same date, in which the Court granted Plaintiff's motions for default judgment.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff Javier Rodriguez take nothing by his suit against Defendant Tara Rubsamen.

In addition, it is therefore ORDERED, ADJUDGED, and DECREED that Defendants Tarland, LLC and Thomas McGill pay Plaintiff $7,775, plus post-judgment interest at the applicable federal rate under 28 U.S.C. § 1961 from the date of this judgment until paid in full. As stated in the order granting Plaintiff's motions for default judgment, Tarland, LLC and McGill shall also pay Plaintiff's reasonable attorney's fees and costs, the amount of which will be determined in an upcoming motion.

**SO ORDERED.**

Signed January 27, 2021.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE